The 2nd one I sent

Amended complaint for R.A. Title II of ADA and
4:16-CV-04127-KES  Title II Claim

Dear Judge Schreier                                    11-10-16

Your Honor this is the 2nd letter to file the amended complaint I have sent. Your clerk has advised me he has not recieved the 1st amended complaint I sent. So I will attempt to rewright it. But I would like you to know I have severe mental illness that causes me to have a really bad memeary but from what I could understand from your letter to me dated 10-17-16 I think you said I am not able to sue these people in there individual capacity so I will remove that claim in this amended complaint. So in my mentally ill best atempt to bring this amended complaint of a 1983 claim under the 8th Amendment I am stating I am at substantial risk of serious harm and that all defendents in claim are deliberately indifferent to that risk of harm, all defendents have recieved knowledge of the substantal risk of serious harm either thru offical medical records or thru kite's and inmate grieveces from myself. All defendents in

11-10-16

This claim also have intentionally denyied or delayed my access to medical care and are intentionally interfering with the medical treatment that the nerosurgion Dr Wissam Asfahani has recomended on 7-29-16 as clear by the medical treatment I have been and currently am recieving witch is "nothing". I am and have been since 10-15-16 unable to walk due to another fall I have had on 10-15-16 and I am not recieving the medication that Dr Asfahani has recomended & also have not recieved a shower since 10-15-16 cause of my inability to walk and the members of this claims refussal to issue me a wheelchair to be able to get to the shower. Therefor the defendents are intentionally denying or delaying my access to medical treatment by refussing me my medicaly recomended surgery and even a basic wheelchair and adiquite pain treatment, all defendents in this claim have the knowledge that I have been

③

11-10-16

recomended a surgery and have refussed to act on their knowledge I am notifing this court I am a qualified individual with a disability to-wit my sleep apnea and my mental illness caused by electrol shock therapy in Yankton. I am also notifing this court I have been excluded from participation in the prisons services programs and activities and this is being caused by the defendents by reffussing me my needed surgery or a wheelchair to have mobility to get to my church programs and access to the library and even the health service. If the prison was not retaliating against me by placing me in the SHU I could send the court the journals I have from the past month and I could get copys of all the religeos events I have been denied because of my disability therefor I believe I meet the requirments of a RA 504 claim, I would like to request a new motion for temporary restraining order based on the

11-10-16

New Amended Claim with my limited mental ability to correctly bring forth the merits of this claim I believe the retaliation from the high ranking members of the DOC. that are listed in this claim will not stop unless it is granted. I would also like to please motion this court to grant counsel based on several factors such as my inability to properly bring this claim due to extreme mental illness and also the sheer complexity of this case it goes back over a couple years of being denied even the basic rights of a prisoner. I would like to name all original defendants in this amended claim with the addition of some new officials that have involved themselves since my latest fall on 10-15-16 I will list a list of the new defendants and a brief statement of how they violated my rights.

May God Bless You Always
Derek Vice

⑤ NAMES OF NEW DEFENDENTS
PLUS ALL PREVIOUS DEFENDENTS
ON THE ORIGINAL CLAIM
11-10-16

Dr Mary Carpenter - part of DOH. that is denying me my surgery, wicth is causing me to miss all programs and suffer extreme pain.

Lt Fitzu - wrote the false report to get me in the SHU away from legal assistance and also got me maced two times for me not being able to stand and walk.

C/o Boysen maced me and drayed me down the tier causing me injury.

C/o Robert Kirvin maced me

P.A. Tammy Tot took cain and wheelchair and refusses me medical treatment also causing to miss religous programs and suffer unessesary pain and suffering

Dr Joe Harvey also denied me medical treatment and has left me laying on the floor with no mobility and is awhere I have obtained a staff infection all over my body from not being able to shower since 10-15-16 and is not treating either my back injury or the staff infection.

The DOH will not cleary state to me who is actuly denying my surgery that is why I had to name several defendents.

Derek White